**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02151-LTB

STEVIE BROWN,

    Applicant,

v.

SHERIFF KIRK TAYLOR, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's Amended Motion for Reconsideration (ECF No. 20) is DENIED for the same reasons specified in the Court's Order Denying Motion to Reconsider (ECF No. 19).

Dated:  November 20, 2012